Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-14

IN RE COTY INC. SECURITIES LITIGATION

Master File No. 14 Civ. 0919 (RJS)

## NOTICE OF VOLUNTARY DISMISSAL OF THE UNDERWRITER DEFENDANTS

Eugene Stricker and Michael Bollinger ("Lead Plaintiffs"), through their undersigned counsel, voluntarily dismiss the following named defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i): Merrill Lynch, Pierce, Fenner & Smith Incorporated; J.P. Morgan Securities LLC; Morgan Stanley & Co. LLC; Barclays Capital Inc.; Deutsche Bank Securities Inc.; Wells Fargo Securities, LLC; Lazard Capital Markets LLC; Piper Jaffray Companies; RBC Capital Markets, LLC; BNP Paribas Securities Corp.; Credit Agricole Securities (USA) Inc.; HSBC Securities (USA) Inc.; ING Financial Markets LLC; Moelis & Company LLC; RBS Securities Inc.; Sanford C. Bernstein & Co. LLC; Santander Investment Securities Inc.; Samuel A. Ramirez & Company, Inc.; Telsey Advisory Group LLC; and The Williams Capital Group, L.P. (collectively "the Underwriter Defendants"). Lead Plaintiffs' dismissal of the Underwriter Defendants is without prejudice.

Dated: New York, New York
September 9, 2014

                    KAPLAN FOX & KILSHEIMER LLP

                    By: /s/ Jeffrey P. Campisi
                    Jeffrey P. Campisi
                    850 Third Avenue
                    New York, NY 10022
                    Telephone: (212) 687-1980
                    Facsimile: (212) 687-7714

                    THE ROSEN LAW FIRM, P.A.
                    Phillip Kim
                    275 Madison Avenue, 34th Floor
                    New York, New York 10016
                    Telephone: (212) 686-1060
                    Facsimile: (212) 202-3827

                    *Co-Lead Counsel for Lead Plaintiffs*

**SO ORDERED:**

[signature]
U.S.D.J.
9/10/14